**Appeal Dismissed and Memorandum Opinion filed August 29, 2024.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-23-00860-CV**

---

**TRAVIS EILAND, Appellant**

**V.**

**JASON PITRE AND GVCR INVESTMENTS, LLC, Appellees**

---

**On Appeal from the 344th District Court**
**Chambers County, Texas**
**Trial Court Cause No. 22DCV0155**

---

**MEMORANDUM OPINION**

This appeal is from a judgment signed May 11, 2023. The reporter's record was filed December 15, 2023. The clerk's record was filed March 7, 2024. No brief was filed even appellant was granted an extension of time to file the brief.

On July 9, 2024, we issued an order stating that unless appellant filed a brief on or before August 8, 2024, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b). Appellant was granted

one further extension of time to August 19, 2024 to file his brief and was further warned that no further extensions would be granted absent exceptional circumstances, but appellant did not file his brief by that deadline, and he did not file any other response. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.